FILED

2017 JUN 19 AM 11: 37

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT
LOS ANGELES

BY:_____

Arogant Hollywood
Alison Helen Fairchild
1308 East Colorado Blvd.
Pasadena, CA 91106
(213) 447-8922
(626) 714-9527
causeofaction38@gmail.com
alisonhfairchild@gmail.com

Plaintiffs in Pro-Se Federal Litigation

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE STATE OF CALIFORNIA
## CENTRAL DISTRICT, WESTERN DIVISION

AROGANT HOLLYWOOD,
ALISON HELEN FAIRCHILD,

      Plaintiff(s),

  vs.

AIRBNB INC., BRIAN JOSEPH CHESKY,
JOSEPH GEBBIA JR., NATHAN
BLECHARCZYK, DOES 1-10,

      Defendant(s),

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:17-CV-02253-JGB-GJS

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Arogant Hollywood and Alison Helen Fairchild in the above-named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the

**Appeal from Dismissal of Verified Complaint for Damages and Declaratory Relief for Violations of of the American With Disabilities Act of 1990 [42 U.S.C. §§ 12203, Violation of Cal Civ. Code §§ 51, 54, 54.1 & 54.3, et seq., et seq, Violation of Unruh Civil Rights Act, Violation of Cal Civ Code §§ 51.7, 52.1, 42 U.S.C. §§§§ 1981, 1983, 1985, & 1986, Violation of Cal Civ Code Proc §§ 1159 & 1160, Civil Conspiracy, Negligence, Negligent Retention, Gross Negligence, Negligent IIED, Negligent IIED. As Against Defendants Airbnb Inc., Brian Joseph Chesky, Joseph Gebbia Jr. & DOES 1-10**

**Page -1 of 2**

federal district court's dismissal order that was entered in this action on May 11, 2017.

## PLAINTIFFS' APPEAL FROM DISTRICT COURT'S ERRONEOUS & PREJUDICE COURT RULING

Plaintiffs Arogant Hollywood and Alison Helen Fairchild hereby appeal from Judge John F. Walter's erroneous and prejudice dismissal of Plaintiffs' Verified Complaint for Damages.

**Respectfully Submitted,**

**DATED: June 17th 2017**

_____
**Arogant Hollywood**

_____
**Alison Helen Fairchild**

Appeal from Dismissal of Verified Complaint for Damages and Declaratory Relief for Violations of of the American With Disabilities Act of 1990 [42 U.S.C. §§ 12203, Violation of Cal Civ. Code §§ 51, 54, 54.1 & 54.3, et seq., et seq, Violation of Unruh Civil Rights Act, Violation of Cal Civ Code §§ 51.7, 52.1, 42 U.S.C. §§§§ 1981, 1983, 1985, & 1986, Violation of Cal Civ Code Proc §§ 1159 & 1160, Civil Conspiracy, Negligence, Negligent Retention, Gross Negligence, Negligent IIED, Negligent IIED . As Against Defendants Airbnb Inc., Brian Joseph Chesky, Joseph Gebbia Jr. & DOES 1-10

**Page -2 of 2**